**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6783**

_____

RICKY NORRIS,

    Plaintiff - Appellant,

  v.

K. DRISCHLER, Corporal,

    Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:24-ct-03010-M-RJ)

_____

Submitted:  January 22, 2026         Decided:  January 29, 2026

_____

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ricky Norris, Appellant Pro Se.  Erin Holcomb Epley, James R. Morgan, Jr., WOMBLE BOND DICKINSON (US) LLP, Winston-Salem, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Norris appeals the district court's orders denying certain discovery motions, dismissing his 42 U.S.C. § 1983 complaint without prejudice for failure to prosecute, and denying reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we affirm.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*